# EXHIBIT A

| IP Address | ISP | Date/Time (UTC) |
|---|---|---|
| 75.56.51.182 | AT&T Internet Services | 2011-04-25 02:43:43 PM |
| 75.57.116.111 | AT&T Internet Services | 2011-04-29 05:53:16 AM |
| 75.57.118.197 | AT&T Internet Services | 2011-05-02 06:23:10 PM |
| 75.57.132.57 | AT&T Internet Services | 2011-05-02 07:52:12 PM |
| 75.57.137.238 | AT&T Internet Services | 2011-04-25 05:18:29 PM |
| 75.57.138.240 | AT&T Internet Services | 2011-04-27 07:41:33 PM |
| 75.57.139.25 | AT&T Internet Services | 2011-04-25 01:41:51 AM |
| 75.57.70.191 | AT&T Internet Services | 2011-04-23 06:37:55 PM |
| 76.217.101.127 | AT&T Internet Services | 2011-04-23 02:40:51 PM |
| 76.217.97.72 | AT&T Internet Services | 2011-04-26 05:54:25 AM |
| 76.217.99.220 | AT&T Internet Services | 2011-04-23 09:26:09 AM |
| 76.222.61.82 | AT&T Internet Services | 2011-04-26 04:07:41 PM |
| 76.222.63.157 | AT&T Internet Services | 2011-05-03 01:18:53 AM |
| 76.223.240.94 | AT&T Internet Services | 2011-04-26 08:58:28 AM |
| 76.223.244.162 | AT&T Internet Services | 2011-04-23 08:07:40 AM |
| 76.223.245.35 | AT&T Internet Services | 2011-04-22 09:39:19 PM |
| 76.223.246.124 | AT&T Internet Services | 2011-04-24 06:56:17 AM |
| 76.223.247.153 | AT&T Internet Services | 2011-04-23 03:57:51 PM |
| 76.223.248.165 | AT&T Internet Services | 2011-04-30 06:20:21 AM |
| 76.224.1.1 | AT&T Internet Services | 2011-04-24 02:52:31 PM |
| 76.224.11.28 | AT&T Internet Services | 2011-04-25 01:27:14 PM |
| 76.224.13.81 | AT&T Internet Services | 2011-04-28 04:11:35 PM |
| 76.224.2.230 | AT&T Internet Services | 2011-04-30 04:46:39 PM |
| 76.224.4.68 | AT&T Internet Services | 2011-04-26 02:50:08 PM |
| 76.224.6.181 | AT&T Internet Services | 2011-05-02 03:21:04 PM |
| 76.224.7.70 | AT&T Internet Services | 2011-04-24 01:33:59 PM |
| 76.224.8.114 | AT&T Internet Services | 2011-04-24 09:29:13 PM |
| 99.139.125.93 | AT&T Internet Services | 2011-04-24 01:14:07 AM |