## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Harry D. Leinenweber | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 11 C 2982 | **DATE** | 5/20/2011 |
| **CASE TITLE** | First Time Videos, LLC, vs. Does 1-28 | | |

**DOCKET ENTRY TEXT**

Enter Order Granting Plaintiff's Motion for leave to take discovery prior to the Rule 26(f) Conference.

■ [ For further detail see separate order(s).]

Docketing to mail notices.



Courtroom Deputy Initials: WAP