IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FIRST TIME VIDEOS, LLC, | CASE NO. 1:11-cv-2982 |
| Plaintiff, | Judge: Hon. Harry D. Leinenweber |
| v. | |
| DOES 1 – 28, | |
| Defendants. | |

**PLAINTIFF'S NOTICE OF DISMISSAL WITH PREJUDICE**

Plaintiff hereby dismisses with prejudice all the claims in its Complaint against the Does in this matter. Expedited discovery revealed that each of the IP addresses listed in Plaintiff's complaint was associated with the very same individual, who elected to resolve Plaintiff's claims against him. Doe has filed neither an answer to the complaint nor a motion to dismiss with respect to the same. Dismissal under Rule 41(a)(1) is therefore appropriate.

Respectfully submitted,

DATED: September 26, 2011

By:   /s/ John Steele
One of its Attorneys

John Steele # 6292158
Steele Hansmeier PLLC
1111 Lincoln Road, Suite 400
Miami Beach, FL 33139
Tel: (305) 748-2102
jlsteele@wefightpiracy.com
*Lead Counsel*

**Attorney for Plaintiff**

1

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on September 26, 2011, all counsel of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document using the Court's CM/ECF system, in compliance with Local Rule 5.2(a).

                                                          /s/ John Steele
                                                         JOHN STEELE